

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton                                                                                                                 312-435-5670
Clerk

Date: 07/17/19                                                                            Case Number: 11 M 037

Case Title: USA v. The premises of the gr                                  Judge: Schenkier

**NOTICE OF CORRECTION**

The following errors/deficiencies have been identified in document #[ 1, 2             ].

☐   The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion from the incorrect case.

☐   The document is on the correct case but the case number and title do not match.

☒   The incorrect document [pdf] was linked to the entry.

☐   The incorrect file date was entered.

☐   The incorrect event was used. The title of the document does not match the text of the entry.

☐   The entry is a duplicate of entry [     ].

☐   Other:


**Corrective action taken by the Clerk:**

☐   The text of the entry has been edited and the pdf replaced with a pdf that states *Entered in Error*.

☐   The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☒   The correct document [pdf] has been linked to the entry.

☐   The file date has been corrected.

☐   The text of the entry has been edited.

☐   The text of the entry has been edited to read, *Duplicate filing of document number [     ]*.

☐   Other:


**Corrective action required by the filer:**

☐   Counsel must re-file the document

☐   Other:

                                                                                    Thomas G. Bruton, Clerk
                                                                                    By:  /s/ David Lynn
                                                                                         Deputy Clerk

Rev. 10/05/2016